IN THE UNITED STATES MAGISTRATE COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** **Plaintiff,** vs. **NORMAN H. GRIFFIN,** **Defendant.** | PO 20-5003-BLG-TJC-1 Violation No. 6610194 Location Code: M14 **ORDER** |

Pending before the Court is the motion of the United States to vacate the initial appearance currently set for January 14, 2020, and to set collateral in this matter. (Doc. 3.) For good cause shown,

IT IS ORDERED that the initial appearance currently set for January 14, 2020 at 9:00 a.m., is VACATED.

IT IS FURTHER ORDERED that the forfeiture amount is set at $75.00 in addition to the $30.00 processing fee, for a total amount owing of $105.00.

Payment may be made via U.S. Mail to:

Central Violations Bureau
P.O. Box 780549
San Antonio, TX 78278-0549

Or, online at:

https://www.cvb.uscourts.gov/

1

**IT IS ORDERED.**

DATED this 13th day of January, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge